1  NOEL M. COOK – CBN 122777
   ncook@owe.com
2  Kathleen E. Letourneau – CBN 244747
   kel@owe.com
3  OWEN, WICKERSHAM & ERICKSON, P.C.
   455 Market Street, Suite 1910
4  San Francisco, CA 94105
   Tel.:   (415) 882-3200
5  Fax:   415-882-3232

6
   BARBARA A. SOLOMON (admitted *pro hac vice*)
7  bsolomon@fzlz.com
   EMILY WEISS (admitted *pro hac vice*)
8  eweiss@fzlz.com
   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
9  866 United Nations Plaza
10 New York, New York 10017
   Tel:   (212) 813-5900
11 Fax:   (212) 813-5901

12 *Attorneys for Plaintiff CHANEL, INC.*

13                         UNITED STATES DISTRICT COURT
14                         NORTHERN DISTRICT OF CALIFORNIA

15
16 | CHANEL, INC., a New York corporation, | |
   | --- | --- |
   | Plaintiff, | Case No. Case 3: 16-cv-00307-LB |
   | v. | |
   | TERESA CHARLES a/k/a TERESA PORTER, an individual, d/b/a SUITE888 and as CROQUIS DÉCOR and DOES 1-10, | [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
   | Defendants. | |

4

PLAINTIFF CHANEL, INC.'S REQUEST AND [~~PROPOSED~~] ORDER
TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

1     IT IS ORDERED that the Initial Case Management Conference and corresponding ADR
2 deadlines are continued. A revised scheduling order will be issued by the Court.

3

4 Dated: March 31, 2016

5

6                                   The Honorable Laurel Beeler
                                  United States Magistrate Judge

11 S:\1Clients\CHANEL\Pleadings\Request to Continue ADR.doc

5

PLAINTIFF CHANEL, INC.'S REQUEST AND [PROPOSED] ORDER
TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES