IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> TERESA CHARLES, <br><br> Defendant. | No. C 16-CV-00307 CRB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND ENTERING DEFAULT JUDGMENT** |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation regarding Plaintiffs' Motion for Default Judgment. See dkt. 28.[1] The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects. Accordingly, the Court enters default judgment against Defendant Teresa Charles, dismisses the lawsuit against the Doe defendants without prejudice, and enters the permanent injunction outlined in the Report at pages 20–21.

**IT IS SO ORDERED.**

Dated: August 25, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] No objection to the Report has been filed.

G:\CRBALL\2016\307\order adopting r&r.wpd